UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MATTHEW P. BYRNE, Administrator of the Estate of Eileen M. Byrne, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VOLVO CARS OF NORTH AMERICA, LLC, )<br>VOLVO CAR CORPORATION, and FORD )<br>MOTOR CORPORATION, )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>05-10861-NMG |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, Defendants Volvo Cars of North America, LLC ("VCNA"), Volvo Car Corporation ("VCC"), and Ford Motor Corporation ("Ford"), hereby state that: (a) VCNA and VCC are wholly-owned subsidiaries of Ford, a publicly held company organized under the laws of the state of Delaware; and (b) Ford is a publicly traded corporation and that no other publicly held company owns 10% or more of Ford's stock.

Volvo Cars of North America, LLC, Volvo Car Corporation, and Ford Motor Corporation,

By their Attorneys,

*/s/ Robert J. Muldoon, Jr.*
Robert J. Muldoon, Jr. (BBO #359480)
John C. La Liberte (BBO #556046)
Sherin and Lodgen LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000

Dated: April 28, 2005

00063634.DOC /

- 2 -

## CERTIFICATE OF SERVICE

      I certify that on this date I served a true copy of this document upon all attorneys of record by mail.

Dated: April 28, 2005