UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW P. BYRNE, Administrator of the Estate of Eileen M. Byrne, <br><br> Plaintiff <br><br> v. <br><br> VOLVO CARS OF NORTH AMERICA, LLC VOLVO CAR CORPORATION, and FORD MOTOR CORPORATION, <br><br> Defendant. | CIVIL ACTION NO. 05-10861 NMG |

### NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

Notice is hereby given that effective as of June 1, 2005, the firm of Reed, Brett, Dawson & Wilson will be known as Wilson, Dawson & Brett and has relocated to 21 Custom House Street, 3rd Floor, Boston, MA 02110.

_____
James A. Brett, Esquire
BBO: 056300
Wilson, Dawson & Brett
21 Custom House Street, 3rd Floor
Boston, MA 02110
Tel: (617) 646-4411
Fax: (617) 646-4413

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice has been forwarded to all counsel of record this 24th day of May, 2005, by mailing same via U.S. Mail, postage prepaid.

_____
James A. Brett, Esquire