UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MATTHEW P. BYRNE, Administrator of the Estate of Eileen M. Byrne,<br><br>    Plaintiff,<br><br>v.<br><br>VOLVO CARS OF NORTH AMERICA, LLC, VOLVO CAR CORPORATION and FORD MOTOR CORPORATION,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 05-10861-NMG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AMENDED
## JOINT RULE 16.1 STATEMENT

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(B) and (D), Plaintiff Matthew P. Byrne, Administrator of the Estate of Eileen M. Byrne ("Byrne") and Defendants Volvo Cars of North America, LLC ("VCNA"), Volvo Car Corporation ("VCC") and Ford Motor Corporation ("Ford")(collectively, "Defendants"), submit this Joint Statement:

**I.   Agenda for August 19, 2005 Scheduling Conference:**

The parties propose that the agenda for the initial scheduling conference include a discussion of the following issues:

1. Initial Exchange of Information;

2. Proposed discovery plan;

3. Proposed schedule for filing of motions; and

4. Proposed trial date.

II.  **Proposed Pretrial Schedule**

1. Rule 26(a) disclosures shall be exchanged by September 15, 2005.

2. All fact discovery shall be completed by April 1, 2006.

3. The plaintiffs shall disclose any expert witnesses and reports by May 1, 2006.

4. Defendants shall disclose any expert witnesses and reports by June 1, 2006.

5. All expert discovery shall be completed by August 1, 2006.

6. Any motions for summary judgment shall be filed by September 1, 2006.

7. The final pretrial conference shall be held during November, 2006.

8. The trial of this matter shall take place in February of 2007.

The parties reserve the right to modify these dates with the Court's approval as needed based on issues that may arise during discovery.

III.  **Settlement**

The parties have conferred regarding the issue of settlement. They currently remain unable to reach agreement.

IV.  **Consent To Trial By Magistrate Judge**

The parties do not consent to trial by Magistrate Judge at this time.

V.      **Local Rule 16.1(D)(3) Certifications**

The parties shall filed Local Rule 16.1(D)(3) certifications separately.

| | |
|---|---|
| MATTHEW P. BYRNE, Administrator of the Estate of Eileen M. Byrne, | VOLVO CARS OF NORTH AMERICA, VOLVO CAR CORPORATION, and FORD MOTOR CORPORATION, |
| By its Attorneys, | By its Attorneys, |

_____
James A. Brett (BBO #            )
WILSON, DAWSON & BRETT
21 Custom House Street, 3rd Floor
Boston, Massachusetts 02110
(617) 646-4411

_____
Robert J. Muldoon, Jr. (BBO #359480)
John C. La Liberte (BBO #556046)101
SHERIN AND LODGEN LLP
101 Federal Street
Boston, Massachusetts 02110
(617) 646-2000

Dated:

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each party by ~~hand/mail~~.

Date: 8/17/05                             _____