UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW P. BYRNE, Administrator of the Estate of Eileen M. Byrne, <br><br> Plaintiff, <br><br> v. <br><br> VOLVO CARS OF NORTH AMERICA, LLC, VOLVO CAR CORPORATION and FORD MOTOR CORPORATION, <br><br> Defendants. | CIVIL ACTION NO. 05-10861-NMG |

**DEFENDANTS'**
**CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)**

Defendants Volvo Cars of North America, LLC ("VCNA"), Volvo Car Corporation ("VCC") and Ford Motor Corporation ("Ford")(collectively, "Defendants"), by their authorized representative, and undersigned counsel hereby certify that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

VOLVO CARS OF NORTH AMERICA,
VOLVO CAR CORPORATION, and
FORD MOTOR CORPORATION,

By its authorized representative:

_____
Dated:  7/14/05

00073755.DOC /

VOLVO CARS OF NORTH AMERICA, LLC,
VOLVO CAR CORPORATION, and FORD
MOTOR CORPORATION.

By their Attorneys,

/s/ signature

Robert J. Muldoon, Jr. (BBO #359480)
John C. La Liberte (BBO #556046)
Anthony L. DeProspo, Jr. (BBO #644668)
Sherin and Lodgen LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000

00073755.DOC /

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was serviced upon the attorney of record for each party by ~~mail by hand.~~ facsimile

Date: 8/19/05    John C. La Liberte