UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW P. BYRNE, Administrator of the Estate of Eileen M. Byrne,<br><br>    Plaintiff,<br><br>v.<br><br>VOLVO CARS OF NORTH AMERICA, LLC, VOLVO CAR CORPORATION and FORD MOTOR CORPORATION,<br><br>    Defendants. | CIVIL ACTION NO. 05-10861-NMG |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the appearance of John C. La Liberte as counsel for the Defendants, Volvo Cars of North America, LLC, Volvo Car Corporation, and Ford Motor Corporation, in the above-captioned matter.

> Volvo Cars of North America, LLC, Volvo Car Corporation, and Ford Motor Corporation,
>
> By its attorney,
>
> /s/   John C. La Liberte
> John C. La Liberte (BBO #556046)
> Sherin and Lodgen LLP
> 101 Federal Street
> Boston, MA 02110
> (617) 646-2000

Dated:  August 19, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each party by mail.

Date:  August 19, 2005                             /s/   John C. La Liberte