UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MATTHEW P. BYRNE, ADMINISTRATOR OF THE ESTATE OF EILEEN M. BYRNE,<br><br>　　　　Plaintiff,<br><br>VS.<br><br>VOLVO CARS OF NORTH AMERICA, INC., VOLVO CAR CORPORATION, AND FORD MOTOR CORPORATION,<br><br>　　　　Defendants. | CIVIL ACTION NO. 05-10861-NMG |

**PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)**

Plaintiff Matthew P. Byrne and undersigned counsel hereby certify that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

　　　　　　　　　　　　　　　　　　MATTHEW P. BYRNE,
　　　　　　　　　　　　　　　　　　Administrator of the Estate of
　　　　　　　　　　　　　　　　　　Eileen M. Byrne,


　　　　　　　　　　　　　　　　　　　/s/ Matthew P. Byrne


　　　　　　　　　　　　　　　　　　MATTHEW P. BYRNE,
　　　　　　　　　　　　　　　　　　Administrator of the Estate of
　　　　　　　　　　　　　　　　　　Eileen M. Byrne,

　　　　　　　　　　　　　　　　　　by his attorney,

Dated:　August 24, 2005

　　　　　　　　　　　　　　　　　　　/s/ James A. Brett
　　　　　　　　　　　　　　　　　　James A. Brett, Esquire  (BBO#056300)
　　　　　　　　　　　　　　　　　　Wilson, Dawson & Brett
　　　　　　　　　　　　　　　　　　21 Custom House Street, 3rd Floor
　　　　　　　　　　　　　　　　　　Boston, MA  02110
　　　　　　　　　　　　　　　　　　(617) 646-1166

CERTIFICATE OF SERVICE

    I, James A. Brett, Esquire, to hereby certify that on this day a true copy of the above document was sent to all attorney of record of by facsimile.

_____
James A. Brett, Esquire