UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW P. BYRNE, ADMINISTRATOR OF THE ESTATE OF EILEEN M. BYRNE,<br><br>Plaintiff,<br><br>VS.<br><br>VOLVO CARS OF NORTH AMERICA, INC., VOLVO CAR CORPORATION, AND FORD MOTOR CORPORATION,<br><br>Defendants. | CIVIL ACTION NO. 05-10861-NMG |

## STIPULATION OF DISMISSAL

The parties in the above entitled matter hereby stipulate that this case may be dismissed with prejudice and without costs to either party.

MATTHEW P. BYRNE,
Administrator of the Estate of
Eileen M. Byrne,

by his attorney,

Dated:   January 23, 2006

James A. Brett, Esquire
(BBO# 056300)
Wilson, Dawson & Brett
21 Custom House Street, 3rd Floor
Boston, MA  02110
(617) 646-1166

2

*[signature]*

James A. Brett, Esquire

VOLVO CARS OF NORTH AMERICA, INC., VOLVO CAR CORPORATION, FORD MOTOR CORPORATION

By their attorney

Anthony Deprospo, Jr., Esquire
Sherin & Lodgen, LLP
101 Federal Street
Boston, MA 02110
(617) 646-2193
BBO # 644668

*[signature]*

Anthony Deprospo, Jr., Esquire